AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds relating to the withdrawal from the Bank of America account #xxxxxxxxxx4910, in the name of Alfred D. Chambers, used to purchase Bank of America Cashiers Check #0148037, made payable to Alfred Chambers and Ramona Chambers in the amount of $18,500.00, generated at the Minnesota Avenue, N.E., Washington, D.C. branch of the Bank of America.

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____ Officer Charles E. Fultz II _____ being duly sworn depose and say:

I am a(n) _____ Officer with the Metropolitan Police Department _____ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds relating to the withdrawal from the Bank of America account #xxxxxxxxxx4910, in the name of Alfred D. Chambers, used to purchase Bank of America Cashiers Check #0148037, made payable to Alfred Chambers and Ramona Chambers in the amount of $18,500.00, generated at the Minnesota Avenue, N.E., Washington, D.C. branch of the Bank of America.

which is (state one or more bases for seizure under the United States Code)

subject to forfeiture, pursuant to Title 18, U.S.C., Section 881(a)(6), as property derived from proceeds traceable to illegal drug trafficking

concerning a violation of Title _21_ United States Code, Section(s) _841_. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Linda Otani McKinney
Asset Forfeiture Unit/Criminal Division
(202) 514-7061

Signature of Affiant
Charles E. Fultz II, Officer
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer