AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds relating to the withdrawal from the Bank of America account #001920664910, in the name of Alfred D. Chambers, used to purchase Bank of America Cashiers Check #0148037, made payable to Alfred Chambers and Ramona Chambers in the amount of $18,500.00, generated at the Minnesota Avenue, N.E., Washington, D.C. branch of the Bank of America.

**SEIZURE WARRANT**

CASE NUMBER: 05 - 0415M - 01.

TO:  Officer Charles E. Fultz II, MPD,  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Officer Charles E. Fultz II  who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds relating to the withdrawal from the Bank of America account #001920664910, in the name of Alfred D. Chambers, used to purchase Bank of America Cashiers Check #0148037, made payable to Alfred Chambers and Ramona Chambers in the amount of $18,500.00, generated at the Minnesota Avenue, N.E., Washington, D.C. branch of the Bank of America.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 25 2005 @ 3:05 pm at Washington, D. C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer