AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 25, 2005 | July 26, 2005 1830 | Carla A. Walker |

INVENTORY MADE IN THE PRESENCE OF   Det Rapa, Off Fultz

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One Check #0148880 for 18,500 from Bank of America



**FILED**

JUL 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    07/27/05
U.S. Judge or U.S. Magistrate Judge    Date